FILED

08/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0147

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 24-147

---

PLANNED PARENTHOOD OF MONTANA, and SAMUEL DICKMAN, M.D.,
On behalf of themselves and their parents,

      Plaintiffs and Appellees,

  v.

STATE OF MONTANA, by and through AUSTIN KNUDSEN, in his official
capacity as Attorney General,

      Defendant and Appellant.

---

**_AMICI CURIAE_ THE CENTER FOR REPRODUCTIVE RIGHTS AND
ACLU OF MONTANA UNOPPOSED MOTION
FOR LEAVE TO PARTICIPATE AS _AMICI CURIAE_**

---

On Appeal from the Montana Thirteenth Judicial District Court,
Yellowstone County, the Honorable Kurt Krueger Presiding

---

Upon consideration of _Amici Curiae_ Center for Reproductive Rights and ACLU of

Montana Foundation's Motion for Leave to Participate as _Amici Curiae_, it is

hereby ORDERED that the Motion is GRANTED. _Amici Curiae_ shall file their

brief on August 12, 2024.

      SO ORDERED _____ day of _____, 202__.


                                        _____


                                        _____

_____

_____

_____

_____

_____

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
August 9 2024